# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Gilbane Federal ) | ASBCA No. 60758 |
| ) | |
| Under Contract No. W912DY-08-D-0032 ) | |

APPEARANCES FOR THE APPELLANT:    Douglas L. Patin, Esq.
Aron C. Beezley, Esq.
  Bradley Arant Boult Cummings LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Steven W. Feldman, Esq.
Garry L. Brewer, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Huntsville

## ORDER OF DISMISSAL

The appeal settled and payment has been made. Pursuant to the joint request of the parties, Gilbane Federal, ASBCA No. 60758 is dismissed with prejudice.

Dated: 4 October 2016

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60758, Appeal of Gilbane Federal, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals